NUMBER 13-00-119-CR and 13-00-120-CR




COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


RAMON VERAZAS LIRA A/K/A PEDRO HERNANDEZ
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the County Court at Law No. 1


of Cameron County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Valdez and Justices Hinojosa and

Yanez

Opinion Per Curiam



 Appellant, RAMON VERAZAS LIRA A/K/A PEDRO HERNANDEZ,
perfected appeals from judgments entered by the County Court at Law
No.1 of Cameron County, Texas, in cause numbers 99-CCR-7192-A
and 98-CCR-1807-A. On June 1, 2000, this cause was abated, and the
trial court was directed to conduct a hearing in accordance with Tex. R.
App. P. 38.8(b)(2). The trial court's findings and recommendations were
received on March 19, 2001. The trial court found that the appellant
does not wish to prosecute his appeals.

 The Court, having considered the documents on file and the trial
court's findings and recommendations, is of the opinion that the
appeals should be dismissed. The appeals are hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 5th day of April, 2001.